# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2483SI

_____

| | | |
|---|---|---|
| James J. Probasco, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Southern |
| Richard Arnold; Steve Grgurich; Jim | * | District of Iowa. |
| Wright; Jack Hardy; Larry Davis; Cleo | * | |
| Sellers; Nick Konrady; Todd Folkert; | * | [UNPUBLISHED] |
| Paul Goldsmith, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: January 7, 1999
Filed: January 19, 1999

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

James J. Probasco appeals the district court's adverse grant of summary judgment in Probasco's lawsuit against Richard Arnold and other current and former employees of Lucas County, Iowa. Having considered the record and the parties' briefs, we are satisfied the district court's judgment was correct, and an extended discussion is not warranted. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.